# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 12-01104 VAP (OPx)                    Date:  December 28, 2012

Title:   ROBERT HANUSEK -v- METROPOLITAN LIFE INSURANCE COMPANY, A CORPORATION; DOES 1 THROUGH 10, INCLUSIVE
===============================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:    ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE (IN CHAMBERS)

   On October 23, 2012, the Court issued an order setting a scheduling conference for January 7, 2013 (Doc. No. 9) ("Order").  The parties were required to submit their FRCP 26 report ("Report") by December 24, 2012.  (See Order at 1.)  The parties have not filed their Report.

   The Court ORDERS the parties to show cause in writing, no later than January 4, 2013, why this matter should not be dismissed without prejudice for failure to prosecute.

   **IT IS SO ORDERED.**

MINUTES FORM 11                                          Initials of Deputy Clerk ___md___
CIVIL -- GEN                              Page 1