# JS - 6

1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

7
8

ROBERT HANUSEK,

    Plaintiff,

    vs.

METROPOLITAN LIFE
INSURANCE COMPANY, a
corporation; DOES 1 through 10,
inclusive,

    Defendants.

Case No.:  5:12-cv-01104-VAP-OP

Action Filed:      07/05/2012

**ORDER GRANTING STIPULATION
FOR DISMISSAL OF ENTIRE CASE
WITH PREJUDICE**

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

DATED: _April 30, 2013

THE HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA COUNTY OF ORANGE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA  92612.  Email address: grubio@bargerwolen.com.

**I HEREBY CERTIFY** that on **April 26, 2013**, I electronically filed the foregoing  **(PROPOSED) ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE**   with the Clerk's Office using the CM/ECF System which provides for the transmittal of a Notice of Electronic Filing to any and all CM/ECF registrant(s) in this action as follows:

| | |
|---|---|
| Charles J Fleishman, Esq.<br>Paul A Fleishman, Esq.<br>FLEISHMAN LAW FIRM<br>5850 Canoga Ave., 4th Floor<br>Woodland Hills, CA 91367<br>Tel:  (818) 710-2724<br>Fax:  (818) 710-2728<br><br>Email: erisa@erisarights.com<br>          paulfleishman@gmail.com | Counsel for Plaintiff<br>Robert Hanusek<br>⊠  Registered participant of ECF. |

I declare under penalty of perjury under the laws of the State of California that and the United States of America the above is true and correct.  Executed on **April 26, 2013**, in the City of Irvine, California.

NAME:  Gabriela Rubio

_____
An Employee of BARGER & WOLEN LLP